**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carol Houser                                         CHAPTER 13

                        Debtor(s)

BKY. NO. 20-14864 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Waterfall Victoria Grantor Trust II, Series G and index same on the master mailing list.

                                          Respectfully submitted,

                                          /s/ *Rebecca Solarz*
                                          Rebecca Solarz
                                          02 Feb 2021, 15:12:56, EST

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322