UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 3/29/21

To: Carol Houser
5355 Monocacy Drive
Bethlehem, PA 18017

In re: Carol Houser
Bankruptcy No. 20-14864-pmm
Adversary No.
Chapter 13

Re: Motion to Convert Case to Chapter 7

The above document(s) were filed in this office on 3/24/2021. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ( )  Voluntary Petition Amount
- ( )  Adversary Proceeding Amount
- ( )  $32.00 Filing Fee for Amendments
- ( )  $26.00 Claims Transfer Fee
- (xx) Motion Filing Fee Amount- $25.00 Conversion Fee.

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **C. Wagner**
Deputy Clerk

*Fee Notice*
*(11/26/18)*