# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carol Houser<br>       Debtor(s)<br><br>Specialized Loan Servicing, LLC as servicer for Waterfall Victoria Grantor Trust II, Series G<br>       Movant<br>  vs.<br><br>Carol Houser<br>       Debtor(s)<br><br>Jeffrey D. Houser<br>       Co-Debtor<br><br>Scott F. Waterman<br>       Trustee | CHAPTER 13<br><br><br><br>NO. 20-14864 PMM<br><br><br><br>11 U.S.C. Section 362 and 1301 |

## ORDER

AND NOW, this 13th day of April, 2021, upon consideration of Movant's Motion for *In Rem* Relief pursuant to 11 U.S.C. § 362 (d)(4)(B):

ORDERED that Movant is hereby granted *in rem* Relief from the Automatic Stay and further that the Automatic Stay of all proceedings, as provided under Sections 362 and of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362, are modified with respect to premises 5355 Monocacy Drive, Bethlehem, PA 18017 to allow Specialized Loan Servicing, LLC as servicer for Waterfall Victoria Grantor Trust II, Series G, its servicing agent and its successor in title to proceed in regards to 5355 Monocacy Drive, Bethlehem, PA 18017. It is further:

ORDERED that no future bankruptcy case filed by Debtor, their successors, assigns or any occupants, and/or Co-Debtor or any Occupants will stay any actions taken by Movant, its successors, assigns or any other legal purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises. It is further:

ORDERED that Rule 4001(a)(3) is not applicable and Specialized Loan Servicing, LLC as servicer for Waterfall Victoria Grantor Trust II, Series G, may immediately enforce and implement this Order granting in rem relief from the automatic stay. It is further:

ORDERED that upon execution and entry of this Order, the requirements specified in both: (1) Fed.

R. Bankr. P. 3002.1(b) regarding Notice of Mortgage Payment Changes and (2) Fed. R. Bankr. P. 3002.1(c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case. It is further:

ORDERED that the Relief granted by this order shall survive conversion of this bankruptcy case to a case under any other Chapter of the bankruptcy code.

**Date: April 13, 2021**

*Patricia M. Mayer*

United States Bankruptcy Judge.