## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :         Chapter 13
                                          :
Carol Houser,                             :         Case No. 20-14864 (PMM)
                                          :
              Debtor.                     :


### ORDER CONVERTING CASE

**AND NOW,** upon consideration of the pro se Debtor's pleading styled as a "Motion for Reconsideration & to Convert for Chap. 7," filed on March 24, 2021, in which the Debtor sought leave to convert her case to Chapter 7 ("the Motion to Convert"), Doc. #32,

    **AND,** no opposition having been filed to the Motion to Convert,

    **AND,** for the reasons stated on the record at the April 13, 2021 hearing,


It is hereby **ORDERED** that:

1.   The Motion to Convert is **GRANTED**.

2.   Pursuant to 11 U.S.C. §1307(a), the above-captioned bankruptcy case is **CONVERTED TO CHAPTER 7**.


Date:  April 13, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**