**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Carol Houser : Chapter: 7
:
       Debtor(s) : Bankruptcy No.: 21-14864-PMM
:
:

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor(s) have failed to appear at two scheduled §341 Meetings of Creditors on 5/26/21 and 7/14/21.

                                             ANDREW R. VARA
                                             United States Trustee for Regions 3 and 9

                                             By: */s/ Maria Borgesi*
                                                Maria Borgesi
                                                Paralegal