# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Carol Houser, | : | Chapter 7 |
| | : | |
| | : | Case No. 20-14864 (PMM) |
| | : | |
| **Debtor** | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been filed on December 28, 2020;

AND the Debtor acting *pro se* in this matter;

AND the Debtor having failed to appear at two (2) scheduled §341 meetings, <u>see</u> doc. no. 52;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday, August 3, 2021 at 11:00 a.m.** and show cause why this case should not be dismissed for failure to appear at any of the §341 meetings. The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date:  July 19, 2021

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Carol Houser
5355 Monocacy Drive
Bethlehem, PA  18017