United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14864-pmm |
| Carol Houser | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carol Houser, 5355 Monocacy Drive, Bethlehem, PA 18017-9111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Carol Houser,** | : | **Chapter 7** |
| | : | |
| | : | **Case No. 20-14864 (PMM)** |
| | : | |
| **Debtor** | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been filed on December 28, 2020;

AND the Debtor acting *pro se* in this matter;

AND the Debtor having failed to appear at two (2) scheduled §341 meetings, see doc. no. 52;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday, August 3, 2021 at 11:00 a.m.** and show cause why this case should not be dismissed for failure to appear at any of the §341 meetings. The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date:  July 19, 2021

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Carol Houser
5355 Monocacy Drive
Bethlehem, PA  18017