IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Carol Houser,** | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No.  **20-14864 (PMM)** |

## ORDER DISMISSING BANKRUPTCY CASE

This 3rd day of August, 2021, upon consideration of the fact that the Debtor has failed to attend any of the scheduled §341 meetings, see doc. #s 52 and 53;

AND a Show Cause hearing having been held and concluded on August 3, 2021, see doc. # 53;

**AND** the Debtor having failed to appear at the Show Cause Hearing;

It is, therefore, hereby **ordered** that the above-captioned bankruptcy case is **dismissed**.

_Patricia M. Mayer_
_____
HON. PATRICIA M. MAYER
United States Bankruptcy Judge

Copy to:
Carol Houser
5355 Monocacy Drive
Bethleham, PA 18017