United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-14864-pmm
Carol Houser | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Aug 03, 2021      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Houser, 5355 Monocacy Drive, Bethlehem, PA 18017-9111 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14572352 | + | Cascade Funding Mortgage Trust 2017-1, 1140 Avenue of the Americas, 7th Floor, New York, NY 10036-5803 |
| 14574955 | + | Community Loan Servicing,LLC, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14572353 | + | FV-I Inc., 1585 Broadway, New York, NY 10036-8200 |
| 14572354 | + | Morgan Stanley Mortgage Capital Holdings, 1585 Broadway Lower B, New York, NY 10036-8200 |
| 14572355 | | Specialized Loan Servicing LLC, P O Box 636005, Littleton, CO 80163-6005 |
| 14581011 | + | Waterfall Victoria Grantor Trust II, Series G, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14579940 | + | Waterfall Victoria Grantor Trust II, Series G, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14581347 | + | Waterfall Victoria Grantor Trust II, Series G, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14583736 | | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 03 2021 23:23:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 14575453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 23:33:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14588505 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14588602 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 2489, Kirkland, WA 98083-2489 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 20 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Carol Houser,** | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No.   20-14864 (PMM) |

## ORDER DISMISSING BANKRUPTCY CASE

This 3rd day of August, 2021, upon consideration of the fact that the Debtor has failed to attend any of the scheduled §341 meetings, see doc. #s 52 and 53;

AND a Show Cause hearing having been held and concluded on August 3, 2021, see doc. # 53;

**AND** the Debtor having failed to appear at the Show Cause Hearing;

It is, therefore, hereby **ordered** that the above-captioned bankruptcy case is **dismissed**.

_____
HON. PATRICIA M. MAYER
United States Bankruptcy Judge

Copy to:
Carol Houser
5355 Monocacy Drive
Bethlehem, PA 18017